## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEPHEN VALDEZ, JEFFREY WARE, RUBEN FREYRE, and ARMANDO CASTROVERDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 2:16-cv-02256-JPM-dkv<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree, pursuant to Rule 41(a)(1)(a) of the Federal Rules of Civil Procedure, that their differences are fully resolved and that the above-captioned case may be and it is the parties' intent and agreement that it be **dismissed with prejudice**. Plaintiffs and Defendant shall each bear their own costs, expenses and attorneys' fees.

Dated: May 2, 2017

By: /s/ Allen P. Press
Allen P. Press, #39293 MO
JACOBSON PRESS & FIELDS, P.C.
168 N. Meramec Avenue, Suite 150
Clayton, Missouri 63105
Phone: (314) 899-0282
Press@archcitylawyers.com

Dated: May 4, 2017

By: /s/ Stephen B. Moldof
Stephen B. Moldof (*admitted pro hac vice*)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
Phone: (212) 356-0210
smoldof@cwsny.com

10

Attorneys for Plaintiffs

By: /s/ Marcus C. Migliore
Marcus C. Migliore
AIR LINE PILOTS ASSOCIATION, INT'L
   Legal Department
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 797-4054
marcus.migliore@alpa.org

Attorneys for Defendant